IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02145-WYD-BNB

STATE FARM FIRE AND CASUALTY COMPANY,

　　Plaintiff,

v.

BRASS-CRAFT MANUFACTURING COMPANY, a Michigan corporation,

　　Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

　　THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

　　ORDERED that the Stipulation for Dismissal with Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

　　Dated: December 12, 2008

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　Chief United States District Judge